No. 3404. — Central Pasto Viejo, Inc., aplte.-apda., v. Aponte et al., apdos.-apltes.—C. D. Humacao. Abril 23, 1925. A la moción de reconsideración del demandado, no habiendo dicho demandado—que dejó de archivar su alegato —levantado en tiempo la cuestión de la existencia y pendencia del otro recurso por él establecido y no prejuzgando necesariamente la decisión de abril 2, 1925, la que pueda recaer en el recurso No. 3559 que será resuelto por sus propios méritos, *no ha lugar.*